UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**AMANDA HOCH**                                                                              **CIVIL ACTION**

**VERSUS**

**NO. 17-809-JWD-SDJ**

**ALLSTATE INSURANCE COMPANY**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 40) September 28, 2020, to which no objection was filed;

**IT IS ORDERED** that Plaintiff's claims against defendant Allstate Insurance Company are DISMISSED WITHOUT PREJUDICE.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 16, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**